No. 690.   NATIONAL LABOR RELATIONS BOARD *v.* TEXTILE WORKERS UNION OF AMERICA, CIO, ET AL.   United States Court of Appeals for the District of Columbia

Circuit. Certiorari granted. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Owsley Vose* for petitioner. *Arthur J. Goldberg, David E. Feller* and *Benjamin Wyle* for respondents. *Henry E. Seyfarth* and *Jerome Powell* filed a brief for the Personal Products Corporation, as *amicus curiae,* urging that the petition be granted.